IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWANA JOHNSON,<br><br>   Plaintiff,<br><br> v.<br><br>GREGORY J. AHERN, *et al.*,<br><br>   Defendants.       / | No. C 12-2385 SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On August 23, 2012, this case was reassigned to this Court. The docket in this case shows that on July 26, 2012, defendant Ahern filed a motion to dismiss and noticed the motion for a hearing on October 5, 2012. Plaintiff's opposition to the motion was due on August 9, 2012. Plaintiff did not file an opposition, nor did plaintiff request an extension of time.

Accordingly, plaintiff is <u>ORDERED TO SHOW CAUSE in writing no later than **August 30, 2012**, why this case should not be dismissed without prejudice for failure to prosecute</u>. *See* Fed. R. Civ. Proc. 41(b). If plaintiff responds to this Order and wishes to proceed with this lawsuit, the Court will set a new briefing schedule and hearing date on defendant's motion to dismiss. The October 5, 2012 hearing date is VACATED.

**IT IS SO ORDERED.**

Dated: August 23, 2012

                           SUSAN ILLSTON
                           United States District Judge