IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROWANA JOHNSON,

        Plaintiff,

  v.

GREGORY J. AHERN, *et al.*,

        Defendants.
                                /

No. C 12-2385 SI

**ORDER GRANTING PLAINTIFF'S MOTION FOR A CONTINUANCE; SETTING NEW BRIEFING SCHEDULE AND HEARING DATE**

      Plaintiff has responded to the Order to Show Cause, and states that she wishes to prosecute this case and that she has recently retained an out-of-state lawyer. Plaintiff requests a continuance of the briefing schedule on defendants' motion to dismiss to enable her lawyer to find local counsel to work on this case.

      The Court GRANTS plaintiff's request, and sets the following schedule: plaintiff's opposition to defendants' motion to dismiss is due **November 2, 2012**; defendants' reply is due **November 16, 2012**; and the hearing on the motion is scheduled for **November 30, 2012** at **9:00 a.m.**

      This order resolves Docket No. 18.

**IT IS SO ORDERED.**

Dated: September 5, 2012

                                    SUSAN ILLSTON
                                    UNITED STATES DISTRICT JUDGE